## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## AT COVINGTON

**CRIMINAL ACTION NO. 06-59-DLB**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**VS.**                                  <u>**ORDER**</u>

**TIMOTHY MAXBERRY**                                         **DEFENDANT**

***********************

Due to the forecast that has predicted hazardous weather conditions for Tuesday, February 13, 2007;

**IT IS ORDERED** that Defendant's Sentencing scheduled for February 13, 2007 is hereby **rescheduled for February 14, 2007 at 1:30 p.m.**

This 12th of February, 2007.

Signed By:
<u>David L. Bunning</u>   DB
United States District Judge