**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 06-59-DLB-JGW**

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

vs.         **ORDER ADOPTING REPORT & RECOMMENDATION**

**TIMOTHY L. MAXBERRY**                                               **DEFENDANT**

*** *** *** ***

This matter is before the Court upon the December 11, 2013 Report and Recommendation ("R&R") of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of thirty six (36) months incarceration (Doc. # 48). The R&R is silent regarding any further supervised release (*Id.*).

Defendant has filed a single objection (Doc. #49). In that objection, Defendant argues that the R&R erroneously failed to include any further supervised release after service of the recommended 36 month sentence. He also requests a recommendation of FCI Ashland for service of his sentence.

Despite Defendant's objection, the Court finds no need for further supervised release for this Defendant. His repeated drug offenses are indicative of a pattern of criminal conduct. With so many defendants being supervised, the Court must be mindful to include further supervised release for only those defendants who express a willingness to take advantage of the opportunity while on supervised release to become productive members

of society – something this Defendant has failed to do. Accordingly,

**IT IS ORDERED** that:

1. The Report and Recommendation (Doc. # 48) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of his supervised release;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **36 months with no supervised release to follow**;

5. Defendant's objection is **DENIED**;

6. Defendant's request for a recommendation of FCI Ashland for service of his sentence is **GRANTED**; and

7. A Judgment shall be entered concurrently herewith.

This 3rd day of January, 2014



G:\DATA\ORDERS\Covington Criminal\2006\06-59 Order Adopting R&R re SR Violation.wpd